FILED
CLERK, U.S. DISTRICT COURT
APR 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 14-128 |
| v. | |
| Peter Thottam, | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of _the court_, IT IS ORDERED that a ~~detention~~ further hearing is set for _4/22/14_, at _2:30_ ☐ a.m. / ☒ p.m. before the Honorable _Jacqueline Chooljian_, in Courtroom _20_.
312 N. Spring St., LA, CA 90012

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _4/21/14_                         _____
                                          U.S. District Judge/Magistrate Judge